

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2019

December 16, 2019

**BY ECF**
Honorable Lorna G. Schofield
United States District Court for the
Southern District of New York
New York, NY 10007

Re: *United States v. Esaahn Hough*, 19 Cr. 873 (LGS)

Dear Judge Schofield:

The Government writes on behalf of the parties, pursuant to the Court's December 12, 2019 order (Doc. No. 7).

The parties have conferred and propose the following: (1) the Government will produce Rule 16 discovery by January 10, 2020, (2) any defense motions will be filed by February 7, 2020, (3) the Government's opposition to any defense motions will be filed by February 21, 2020, and (4) any defense replies will be filed by February 28, 2020. The parties also propose March 16, 17, and 18, 2020 for a status conference.

In addition, the Government requests, pursuant to Title 18, United States Code, Section 3161(h)(1)(A), that the Court exclude time under the Speedy Trial Act in the above-captioned matter until the date of the next conference. The Government submits that the ends of justice served by such an exclusion outweigh the best interests of the public and the defendant in a speedy trial, because such an exclusion would allow time for the Government to produce discovery, time for the defendant to review discovery, to evaluate what, if any, motions may be filed, to file any such motions, and for the parties to discuss a potential pre-trial resolution of this matter. Defense counsel consents to this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Justin V. Rodriguez
Assistant United States Attorney
(212) 637-2591

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of record (by ECF)

The dates proposed by the parties for Rule 16 discovery and defense motions are adopted. The status conference will be held on March 17, 2020, at 11:00 a.m. For the reasons stated above, the Court finds that the ends of justice served by excluding the time between today and March 17, 2020, outweigh the best interests of the public and the Defendants in a speedy trial as provided in 18 U.S.C. 3161(h)(7)(A). The time between today and March 17, 2020, is hereby excluded. SO ORDERED.
Dated: December 17, 2019
New York, New York