UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    UNITED STATES OF AMERICA       :

           -against-          :      19 Crim. 873 (LGS)

    ESAAHN HOUGH,                  :      **ORDER**
                      Defendant.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on April 20, 2020, a telephonic hearing was held on Defendant's bail application. It is hereby

    **ORDERED** that, for the reasons stated on the record at the hearing, the application is DENIED. It is further

    **ORDERED** that by **April 27, 2020**, the Government shall provide the Court with a letter reporting on what treatment Defendant is receiving for the conditions discussed at the hearing and shall attach Defendant's medical records, if available.

    The Clerk of Court is respectfully directed to close Dkt. No. 13.

Dated: April 20, 2020
       New York, New York

                                                LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE