```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   UNITED STATES OF AMERICA,                                :
                                  Plaintiff,                :      19 Cr. 873 (LGS)
                                                            :
                  -against-                                 :      ORDER
                                                            :
   ESAAHN HOUGH,                                            :
                                  Defendant,                :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS a status conference is currently scheduled for August 27, 2020.

WHEREAS a jury trial is currently scheduled for September 14, 2020.

WHEREAS the parties filed a letter application to adjourn the trial in this matter. (Dkt. No 25).   It is hereby,

**ORDERED** that the jury trial and deadlines for pretrial submissions are adjourned sine die.  It is further,

**ORDERED** that the status conference currently scheduled for August 27, 2020 is adjourned to **October 8, 2020 at 11:45 a.m.** in Courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  The Court will set a firm trial date at that this conference.

Dated: April 19, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**