

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 9, 2020

**BY ECF**

Honorable Lorna G. Schofield
United States District Court for the
Southern District of New York
New York, NY  10007

    Re:    *United States v. Esaahn Hough*, 19 Cr. 873 (LGS)

Dear Judge Schofield:

    The Government writes to respectfully request that the Court exclude time under the Speedy Trial Act, pursuant to Title 18, United States Code, Section 3161(h)(1)(A), from September 14, 2020 to October 8, 2020, which is the date of the next conference scheduled in this matter. Defense counsel consents to this request.

    On April 20, 2020, the Court excluded time until September 14, 2020. (Doc. No. 19.) A pretrial conference is now scheduled for October 8, 2020. (Doc. No. 27.) The Government has extended to the defense a written plea offer, which expires on October 8, 2020. Accordingly, the Government submits that the ends of justice served by an exclusion of time until October 8, 2020 outweigh the best interests of the public and the defendant in a speedy trial, because such an exclusion will allow the defendant and his attorney time to consider the Government's plea offer.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

by: _____
    Justin V. Rodriguez
    Assistant United States Attorney
    (212) 637-2591

cc: Counsel of record (by ECF)

Application Granted.  For the reasons stated above, the Court finds that the ends of justice served by excluding the time between today and October 8, 2020, outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. 3161(h)(7)(A).  The Clerk of the Court is directed to terminate the letter motion at docket number 28.

Dated: September 16, 2020
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE