```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                            :
  UNITED STATES OF AMERICA,                 :
                          Plaintiff,        :
                                            :         19 Cr. 873 (LGS)
                 -against-                  :
                                            :              ORDER
  ESAAHN HOUGH,                             :
                          Defendant,        :
----------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that status conference previously scheduled for October 8, 2020.

is adjourned to **November 12, 2020 at 11:45 a.m.**

Dated: October 7, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**