

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 7, 2020

**BY ECF**

Honorable Lorna G. Schofield
United States District Court for the
Southern District of New York
New York, NY  10007

    Re:   *United States v. Esaahn Hough*, 19 Cr. 873 (LGS)

Dear Judge Schofield:

    The Government writes to respectfully request that the Court exclude time under the Speedy Trial Act, pursuant to Title 18, United States Code, Section 3161(h)(1)(A), from today to November 12, 2020, which is the date of the next conference scheduled in this matter. Defense counsel consents to this request.

    The Government has extended to the defense a written plea offer, which, at this point, the defendant has not yet accepted or rejected. Accordingly, the Government submits that the ends of justice served by an exclusion of time until November 12, 2020 outweigh the best interests of the public and the defendant in a speedy trial, because such an exclusion will allow the defendant and his attorney additional time to consider the Government's plea offer, will allow the parties to engage in any other plea discussions that may be necessary, and will otherwise allow the defendant and his counsel time to prepare for trial.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: _____
Justin V. Rodriguez
Assistant United States Attorney
(212) 637-2591

Application Granted.  For the reasons stated above, the Court finds that the ends of justice served by excluding the time between today and November 12, 2020 outweigh the best interests of  the public and the Defendant in a speedy trial as provided in 18 U.S.C. 3161(h)(7)(A).  It is hereby ORDERED that the time between today and November 12, 2020 is excluded.  The Clerk of the Court is directed to terminate the letter motion at docket number 31.

Dated: October 13, 2020
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**