

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 5, 2020

**BY ECF**
Honorable Lorna G. Schofield
United States District Court for the
Southern District of New York
New York, NY  10007

    Re:    *United States v. Esaahn Hough*, 19 Cr. 873 (LGS)

Dear Judge Schofield:

    The Government writes on behalf of the parties with respect to the conference scheduled in this matter on November 12, 2020.

    The parties respectfully respect that the Court adjourn the conference for approximately 30 days. The parties have been in active plea negotiations, but require additional time to complete their discussions.

    In addition, the Government respectfully requests that the Court exclude time under the Speedy Trial Act, pursuant to Title 18, United States Code, Section 3161(h)(1)(A) until the date of the next conference. The Government submits that the ends of justice served by an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial, because such an exclusion will allow the parties to continue their discussions regarding a potential pretrial disposition and will otherwise allow the defendant and defense counsel to continue their preparations for any trial in this matter. Defense counsel consents to this request.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: *[signature]*
Justin V. Rodriguez
Assistant United States Attorney
(212) 637-2591

cc: Counsel of record (by ECF)

---

Application Granted.  The status conference currently scheduled for November 12, 2020 is adjourned to **December 10, 2020 at 11:45 a.m.** For the reasons stated above, the Court finds that the ends of justice served by excluding the time between today and December 10, 2020 outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. 3161(h)(7)(A). It is hereby ORDERED that the time between today and December 10, 2020 is excluded. The Clerk of the Court is directed to terminate the letter motion at docket number 33.

Dated: November 10, 2020
New York, New York

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE