

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 10, 2021

**BY ECF**
Honorable Lorna G. Schofield
United States District Court for the
Southern District of New York
New York, NY 10007

    Re:   *United States v. Esaahn Hough*, 19 Cr. 873 (LGS)

Dear Judge Schofield:

    The Government writes, on behalf of the parties, to request that the Court adjourn the conference currently scheduled for March 11, 2021, at 11:45 a.m. for approximately 45 days and to respectfully request that the Court exclude time under the Speedy Trial Act, pursuant to Title 18, United States Code, Section 3161(h)(1)(A), until the date of the next conference. Defense counsel consents to this request.

    On March 8, 2021, the Government sent defense counsel a formal written plea offer to resolve this case. Defense counsel and the defendant require additional time to consider the Government's offer. Accordingly, the Government submits that the ends of justice served by an exclusion of time until the date of the next conference outweigh the best interests of the public and the defendant in a speedy trial, because such an exclusion will allow the parties time to continue plea discussions and will otherwise allow the defendant and his counsel time to prepare for trial.

Application Granted. The status conference currently scheduled for March 11, 2021, is adjourned to **April 29, 2021, at 10:50 a.m**. For the reasons stated above, the Court finds that the ends of justice served by excluding the time between today and April 29, 2021, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. 3161(h)(7)(A). It is hereby ORDERED that the time between today and April 29, 2021, is excluded. The Clerk of the Court is directed to terminate the letter motion at docket number 46.

Dated: March 10, 2021
New York, New York

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____
Justin V. Rodriguez
Assistant United States Attorney
(212) 637-2591

cc: Counsel of record (by ECF)

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE