

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 10, 2021

**BY EMAIL AND ECF**
Honorable Lorna G. Schofield
United States District Court for the
Southern District of New York
New York, NY  10007

Re:   *United States v. Esaahn Hough*, 19 Cr. 873 (LGS)

Dear Judge Schofield:

The Government writes, on behalf of the parties, in advance of the conference scheduled in this matter for June 10, 2021, at 11:00 a.m.

Defense counsel has informed the Government that the defendant wishes to withdraw his previously entered plea of not guilty and enter a plea of guilty to a lesser-included offense in Count One of the Indictment, pursuant to a plea agreement with the Government. Accordingly, the parties respectfully request that the Court schedule a change of plea hearing at the Court's earliest convenience or refer the proceeding to Magistrate's Court.

To facilitate the scheduling of the change of plea hearing, the Government requests that the Court exclude time under the Speedy Trial Act, pursuant to Title 18, United States Code, Section 3161(h)(1)(A), until July 9, 2021. The Government submits that the ends of justice served by an exclusion of time until the date of the next conference outweigh the best interests of the public and the defendant in a speedy trial, because such an exclusion will allow the Court and the parties to make the necessary arrangements to schedule a change of plea hearing. Defense counsel consents to this request.

Application Granted.  The change of plea hearing is hereby referred to the Magistrate Judge on duty. The parties shall promptly schedule a plea date and email the executed plea agreement or Pimentel letter to Chambers.  The status conference currently scheduled for June 10, 2021, is adjourned to **July 1, 2021, at 4:00 p.m.** and will serve as a control date. For the reasons stated above, the Court finds that the ends of justice served by excluding the time between today and July 1, 2021, outweigh the best interests of  the public and the Defendant in a speedy trial as provided in 18 U.S.C. 3161(h)(7)(A).  It is hereby ORDERED that the time between today and July 1, 2021, is excluded.  The Clerk of the Court is directed to terminate the letter motion at docket number 52.
Dated: June 10, 2021

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: *Justin Rodriguez*
Justin V. Rodriguez
Assistant United States Attorney
(212) 637-2591

cc: Counsel of record (by ECF and email)

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE