

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 28, 2021

**BY ECF**
Honorable Lorna G. Schofield
United States District Court for the
Southern District of New York
New York, NY 10007

Re:   *United States v. Esaahn Hough*, 19 Cr. 873 (LGS)

Dear Judge Schofield:

The Government writes, on behalf of the parties, to request that the Court set a control date of August 2, 2021 and exclude time under the Speedy Trial Act until that date. The defense consents to this request.

On June 10, 2021, the Court referred the change of plea hearing in this case to Magistrate's Court and excluded time under the Speedy Trial Act until July 1, 2021 as a control date. (Doc. 54.). A change was of plea hearing was scheduled to take place in Magistrate's Court on June 29, 2021, however, defense counsel requested that the proceeding be canceled and rescheduled due to a conflict with another matter. Magistrate's Court is now in the process of re-scheduling the proceeding for next week.

To facilitate the scheduling of the change of plea hearing, the Government requests that the Court exclude time under the Speedy Trial Act, pursuant to Title 18, United States Code, Section 3161(h)(1)(A), until August 2, 2021. The Government submits that the ends of justice served by such an exclusion outweigh the best interests of the public and the defendant in a speedy trial, because such an exclusion will allow the parties to make the necessary arrangements to schedule a change of plea hearing. Defense counsel consents to this request.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____
Justin V. Rodriguez
Assistant United States Attorney
(212) 637-2591

Application Granted.  The status conference currently scheduled for July 1, 2021, is adjourned to **August 5, 2021, at 11:20 a.m.**  For the reasons stated above, the Court finds that the ends of justice served by excluding the time between today and August 5, 2021, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. 3161(h)(7)(A).  It is hereby ORDERED that the time between today and August 5, 2021, is excluded. The Clerk of the Court is directed to terminate the letter motion at docket number 57.

Dated: June 28, 2021
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE