UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
    UNITED STATES OF AMERICA,
                           Plaintiff,

              -against-

    ESAAHN HOUGH,
                           Defendant,
-------------------------------------------------------------X

19 Cr. 873 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Esaahn Hough's sentencing hearing shall be held on **October 26, 2021**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Defendant's pre-sentencing submission, if any, shall be filed on or before **October 4, 2021**. The Government's pre-sentencing submission, if any, shall be filed by **October 7, 2021.**

Dated: July 7, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**