UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
: 
UNITED STATES OF AMERICA :
: ORDER
- v. - :
:
ESAAHN HOUGH, : 19 Cr. 873 (LGS)
:
Defendant. :
:
:
------------------------------------------------------------------- X

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on July 6, 2021;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated: July 15, 2021
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**