UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  UNITED STATES OF AMERICA,                                 :
                                                            :    19 Cr. 873 (LGS)
                                                            :
           -against-                                        :    ORDER
                                                            :
  ESAAHN HOUGH,                                             :
                                    Defendant,              :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS the Court has received Defendant's letter dated November 14, 2021 (the "Letter"), seeking the appointment of new counsel.

WHEREAS the Letter has been filed under seal and transmitted via email to defense counsel. It is hereby

**ORDERED** that the parties shall appear for a status conference on **December 14, 2021, at 2:45 p.m**. It is further

**ORDERED** that Mr. Marc Greenwald, CJA counsel on duty for December 14, 2021, shall be present at the hearing.

Dated: December 8, 2021
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE