UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                             -v-

    ESAAHN HOUGH,
                                  Defendant,
------------------------------------------------------------X

19 Cr. 873 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, with ESAAHN HOUGH's consent, his guilty plea allocution was taken before Magistrate Judge James L. Cott on July 6, 2021;

    WHEREAS, a transcript of the allocution was made; and

    WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

    IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:  New York, New York
           January 18, 2022

                                                     LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE