UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
    UNITED STATES OF AMERICA,                               :
                                                            :
                                                            :   19 Cr. 873 (LGS)
            -against-                                       :
                                                            :   ORDER
    ESAAHN HOUGH,                                           :
                                           Defendant,       :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

   WHEREAS a sentencing hearing was currently scheduled for January 24, 2022, at 11:45 a.m.

   WHEREAS the Bureau of Prisons was unable to produce the Defendant at that time. It is hereby

   **ORDERED** that sentencing previously scheduled for January 14, 2022, is adjourned to **March 14, 2022, at 10:30 a.m.**

Dated: January 25, 2022
       New York, New York

_____
        LORNA G. SCHOFIELD
        UNITED STATES DISTRICT JUDGE