UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA                                    :
                Plaintiff,     :
                                                            :       19 Cr. 873 (LGS)
      -against-                                           :
                                                            :       ORDER AMENDING
ESAAHN HOUGH,                                               :       PRESENTENCE
                Defendant,     :       INVESTIGATION
------------------------------------------------------------X       REPORT

LORNA G. SCHOFIELD, District Judge:

      As discussed at the sentencing of Defendant Esaahn Hough on March 14, 2022, it is hereby **ORDERED** that the Presentence Investigation Report last revised on September 27, 2021, is amended as follows:

1) The second sentence of paragraph 25 shall be amended read: "He is the son of Charita Nicole Dubois, age 47, who works in a department store and resides in Mount Vernon, NY."

2) A copy of this Order shall be appended to all copies of the Presentence Investigation Report and made a part thereof.

Dated: March 14, 2022
New York, New York

                                      LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE