UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,                :
                           Plaintiff,           :
                                           :           19 Crim. 873 (LGS)
        -against-                             :
                                           :                 <u>ORDER</u>
ESAAHN HOUGH,                            :
                         Defendant,        :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, Defendant filed a motion for compassionate release and supporting papers (the "Motion Papers");

       WHEREAS, the Motion Papers contain sensitive medical information. It is hereby

       **ORDERED** that the Motion Papers shall remain under seal. It is further

       **ORDERED** that the Government shall file a response under seal to Defendant's Motion Papers by July 13, 2022, including any BOP medical records not included within Defendant's Motion Papers. The Motion Papers will be emailed to the Government.

Dated:  June 27, 2022
           New York, New York

                                                     LORNA G. SCHOFIELD
                                                **UNITED STATES DISTRICT JUDGE**