

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

February 8, 2026

**BY ECF**
Honorable Lorna G. Schofield
United States District Court for the
Southern District of New York
New York, NY  10007

     Re:    *United States v. Esaahn Hough*, 19 Cr. 873 (LGS)

Dear Judge Schofield:

     The Government writes in response to the Court's February 4, 2026 order. (Doc. No. 101). The Probation Office reports the following:

> Since commencing supervision Mr. Hough has maintained a stable residence and employment as a Caregiver as he recently had a son who has developmental complications. He has satisfied the $100 special assessment. Due to his positive adjustment to supervision, he is being supervised in our district's administrative caseload, where his reporting requirements are minimal, and due to his overall compliance, he is only required to submit monthly reports online. He is compliant with reporting instructions and has not been arrested since the offense yielding supervision. The Probation Office does not object to this request.

     The Government also does not object to the defendant's request for early termination of supervised release.

Whereas, both the Government and the Probation Department consent to the early termination of Defendant's term of supervision.  It is hereby **ORDERED** that Defendant's term of supervision is terminated effective immediately.  The Government is directed to provide a copy of this Order to the Probation Department. The Clerk of the Court is directed to terminate the motion at docket number 100.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: *Justin Rodriguez*

Justin V. Rodriguez
Assistant United States Attorney
(212) 637-2591

Dated: February 26, 2026
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**